**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

Last revised: September 1, 2018

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:  
VICTOR FLORES  
EMILY FLORES  

Case No.: 18-28205  
Judge: Ferguson  

Debtor(s)

### Chapter 13 Plan and Motions

☐ Original   ☒ Modified/Notice Required   Date: January 30, 2018

☐ Motions Included   ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: *[signature]*   Initial Debtor: *[signature]*   Initial Co-Debtor: *[signature]*

**Part 1:   Payment and Length of Plan**

a. The debtor shall pay $ ___123.00___ per ___month___ to the Chapter 13 Trustee, starting on ___February 1, 2019___ for approximately ___32___ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

$576.00 paid to date

| Part 2: | Adequate Protection ☒ NONE |
|---|---|

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

| Part 3: | Priority Claims (Including Administrative Expenses) |
|---|---|

    a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3,000.00 |
| DOMESTIC SUPPORT OBLIGATION | N/A | N/A |

    b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |
| | | | |

## Part 4:    Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Harley-Davidson Credit Corp | 2017 Harley FLS Softtail Slim (surrendered prior to confirmation) | $12,867.48 | $0.00 |
| Nissan Motor Acceptance Corp | 2016 Nissan Rogue (surrendered prior to confirmation) | $10,990.00 | $7,000.00 |
| Wells Fargo Financial | 2013 Honda Odyssey (surrendered prior to confirmation) | Unknown | $17,418.72 |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Nissan Motor Acceptance Corp

**g. Secured Claims to be Paid in Full Through the Plan:** ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

**Part 7:    Motions  ☒ NONE**

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:  Other Plan Provisions

a. **Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

b. **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative/Priority Claims
3) Secured Claims
4) Unsecured Claims

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 09/11/2018 .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The plan is being modified to treat the claim of Harley Davidson as secured and surrendering the property. | The plan is surrendering the Harley Davidson and treating the claim as secured and surrendered. |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes   ☒ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 1/30/19

Debtor

Date: 1/30/19

Joint Debtor

Date: 01/29/19

Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-28205-KCF
Victor Raul Flores                                                      Chapter 13
Emily Flores
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin               Page 1 of 3          Date Rcvd: Jan 31, 2019
                               Form ID: pdf901           Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2019.
```
db/jdb         +Victor Raul Flores,    Emily Flores,    341 Parsonage Road,    Edison, NJ 08837-2108
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
517750871      +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517750872     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
517844520      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517750873      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517862790       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517750875      +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
517880687      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517879141       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
517772361      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
517750882      +Macys/Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517756686       Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
517750884      +Nissan Motor Acceptance,    Attn: Bankruptcy Dept,    Po Box 660360,    Dallas, TX 75266-0360
517750885      +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
                 Dallas, TX 75266-0360
517750887      +Raymour And Flanigan,    Attn: Bankruptcy,    1000 Macarthur Blvd.,    Mahwah, NJ 07430-2035
517750889      +Syncb/Midas/Car Care Bruneel,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517750892       TD Bank/Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
517858525      +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
517750893      +TD Retail Card Services/Littman Jewelers,    Attn: Bankruptcy,    1000 Macarthur Blvd,
                 Mahwah, NJ 07430-2035
517750897     ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
               (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                 Greenville, SC 29606)
517874692      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
517848723       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
517750898      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 01 2019 00:09:05      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 01 2019 00:09:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517750870      +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 00:06:28      Amazon/Synchrony Bank,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517750874      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 01 2019 00:06:00      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517824197       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 01 2019 00:06:40
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517750876      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 01 2019 00:08:39      Comenity Capital/Boscov,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517750877      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 01 2019 00:06:08      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
517750878      +E-mail/Text: mrdiscen@discover.com Feb 01 2019 00:07:59      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517750879      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Feb 01 2019 00:10:06
                 Genesis Bankcard Services/Milestone,    Po Box 4477,    Beaverton, OR 97076-4401
517750880      +E-mail/Text: bankruptcy.notices@hdfsi.com Feb 01 2019 00:09:39      Harley Davidson Financial,
                 Attn: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
517850335      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Feb 01 2019 00:09:47
                 Hyundai Capital America DBA,    Hyundai Motor Finance,    PO Box 20809,
                 Fountain Valley, CA 92728-0809
517750881      +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 01 2019 00:08:04      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517801140       E-mail/Text: bkr@cardworks.com Feb 01 2019 00:07:47      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517750883      +E-mail/Text: bkr@cardworks.com Feb 01 2019 00:07:47      Merrick Bank/CardWorks,
                 Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
517871995       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2019 00:06:44
                 Portfolio Recovery Associates, LLC,    C/O Synchrony Bank,    POB 41067,    Norfolk VA 23541
517874761       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2019 00:05:30
                 Portfolio Recovery Associates, LLC,    c/o Amazon,    POB 41067,    Norfolk VA 23541
517871201       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2019 00:06:04
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-3                  User: admin                    Page 2 of 3                      Date Rcvd: Jan 31, 2019
                                      Form ID: pdf901                Total Noticed: 58


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517871114        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2019 00:06:44
                 Portfolio Recovery Associates, LLC,    c/o Discount Tire,    POB 41067,    Norfolk VA 23541
517871083        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2019 00:06:06
                 Portfolio Recovery Associates, LLC,    c/o Midas,    POB 41067,    Norfolk VA 23541
517871124        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2019 00:27:54
                 Portfolio Recovery Associates, LLC,    c/o Pandora,    POB 41067,    Norfolk VA 23541
517874758        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2019 00:27:47
                 Portfolio Recovery Associates, LLC,    c/o Tjx Rewards Credit Card,    POB 41067,
                 Norfolk VA 23541
517871112        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2019 00:06:05
                 Portfolio Recovery Associates, LLC,    c/o Toys "r"us Credit Card,    POB 41067,
                 Norfolk VA 23541
517871129        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2019 00:05:32
                 Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
517750886       +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 00:05:50       Pandora/Syncb,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517830243        E-mail/Text: bnc-quantum@quantum3group.com Feb 01 2019 00:08:49
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA  98083-0788
517866076        E-mail/Text: bnc-quantum@quantum3group.com Feb 01 2019 00:08:49
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
517750890       +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 00:05:51       Syncb/Pandora,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
517750891       +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 00:05:51       Syncb/Toys R Us,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517750888       +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 00:06:26       Syncb/ccdstr/Car Care,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517753425       +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 00:06:27       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517880819       +E-mail/Text: bncmail@w-legal.com Feb 01 2019 00:09:15       TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517750894       +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 00:06:27       TJ Max/Synchrony Bank/TJX,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517750895       +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 00:05:19       Toys R Us/Syncb,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517750896       +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 00:06:27       Walmart/Synchrony Bank,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 34

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517862792*       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Nicholas Fitzgerald    on behalf of Joint Debtor Emily  Flores nickfitz.law@gmail.com
              Nicholas Fitzgerald    on behalf of Debtor Victor Raul Flores nickfitz.law@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Harley-Davidson Credit Corp rsolarz@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jan 31, 2019
                              Form ID: pdf901          Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Sarah J. Crouch    on behalf of Joint Debtor Emily  Flores nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com

        Sarah J. Crouch    on behalf of Debtor Victor Raul Flores nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 9